Jerry CRONEY, Appellant,

v.

STATE of Missouri, Respondent.

No. 66827.

Missouri Court of Appeals,
Eastern District,
Division One.

June 30, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 14, 1995.

Application to Transfer Denied
Sept. 19, 1995.

Dave Hemingway, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David G. Brown, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., GARY M. GAERTNER, J., and GRIMM, C.J.

PER CURIAM.
### ORDER

Appellant, Jerry Croney, appeals from an order entered in the Circuit Court of the County of St. Louis denying his Rule 24.035 motion without an evidentiary hearing. We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment of the motion court is not clearly erroneous. As we further find an extended opinion would serve no jurisprudential purpose, we affirm the motion court's order pursuant to Rule 84.16(b).